1
2
3
4
5 UNITED STATES DISTRICT COURT
6 NORTHERN DISTRICT OF CALIFORNIA
7
8 ERIC EL,  No. C 06-3696 SI (pr)
9     Plaintiff, **JUDGMENT**
10   v.
11 C. DIXON,
12     Defendant.
13 _____/
14
15 This action is dismissed without prejudice.
16
17 IT IS SO ORDERED AND ADJUDGED.
18
19 Dated: January 23, 2008                                _____
20                                                     SUSAN ILLSTON
                                              United States District Judge
21
22
23
24
25
26
27
28